# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

143009

ROBERT ROBINSON,
           Plaintiff-Appellant,

v

FORD MOTOR COMPANY,
           Defendant-Appellee.
and

DARREN SMITH,
           Defendant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143009
COA: 290824
Wayne CC: 04-402201-CL

On order of the Court, the application for leave to appeal the March 22, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

Clerk

y1017